JULIA L. COSTELLO, Respondent, *v.* ANN M. COSTELLO, Appellant.

(Submitted April 16, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1886, which affirmed an interlocutory and final judgment herein.

*John T. Barnard* for appellant.

*Edward J. Dooley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

SIMON UHLMANN, Appellant, *v.* THE NEW YORK LIFE INSURANCE COMPANY, Respondent.

THIS case presented similar questions and was argued and decided with *Uhlman* v. *N. Y. L. Ins. Co.* (*ante* p. 421).